original

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC
FILED
SEP 2 - 2008
AT_____ O'CLOCK _____M
JON W. SANFILIPPO, CLERK

DAVID HOLLINS, JR., )
 )
    Plaintiff, )
 )
v. ) No. 05 CV 623
 )
CHARLES LIBAL and )
DEMETRIUS RITT, )
 )
    Defendants. )

## SPECIAL VERDICT

QUESTION NO. 1:

Did Officer Libal have probable cause to arrest David Hollins, Jr. on June 23, 2002?

Answer: __YES__
    (Yes or No)

QUESTION NO. 2:

Did Officer Libal use excessive force while effecting the arrest of David Hollins, Jr. on or about June 23, 2002?

Answer: __NO__
    (Yes or No)

QUESTION NO. 3:

Did Officer Ritt use excessive force while effecting the arrest of David Hollins, Jr. on or about June 23, 2002?

Answer: __NO__
    (Yes or No)

QUESTION NO. 4:

If you have answered "yes" to either Question Nos. 1, 2 or 3 above, then answer this question, otherwise do not answer it: What sum of money will fairly and reasonably compensate David Hollins, Jr. as damages as the direct result of the unlawful arrest or use of excessive force?

Answer: $ 0

Dated and signed at Milwaukee, Wisconsin this 02 day of September, 2008.

_[signatures]_

**FOREPERSON**