# United States District Court

EASTERN DISTRICT OF WISCONSIN

DAVID HOLLINS, JR,
       Plaintiff

**JUDGMENT IN A CIVIL CASE**

    v.                         CASE NUMBER: 05-C-623

CHARLES LIBAL and
DEMETRIUS RITT,
       Defendant

☒    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment be and hereby is awarded in favor of the defendants, Charles Libal and Demetrius Ritt and against the plaintiff, David Hollins, Jr. and that the plaintiff takes nothing.

    IT IS FURTHER ORDERED that this action be Dismissed.

| September 2, 2008 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |
| | s/Dee McLeod Brock |
| | (By) Deputy Clerk |