U.S. [DISTRICT COURT]
EASTERN DISTRICT-WI

'08 OCT -2 A9 53

JON W. SANFILIPPO
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID HOLLINS, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 05-CV-0623 |
| ) | |
| v. ) | NOTICE OF APPEAL |
| ) | |
| CITY OF MILWAUKEE, ARTHUR JONES, ) | |
| NANNETTE HEGERTY, CHARLES LIBAL and ) | |
| DEMETRIUS RITT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Notice is given that the Plaintiff, David Hollins, appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment, (Doc. 136), entered in this action on September 2, 2008.

Dated at Milwaukee, Wisconsin, on this the 2nd day of October 2008.

THE BERNHOFT LAW FIRM, S.C.
Attorney for the Plaintiff, David Hollins, Jr.

_____
Robert E. Barnes
Wisconsin Bar No. 1038252

207 E. Buffalo Street, Ste.600
Milwaukee, WI 53202
Telephone: (414) 276-3333
Facsimile: (414) 276-2822
Email: rebarnes@bernhoftlaw.com

Paid $ 455.00
Receipt # 4128900101049

**PAID**

JON W. SANFILIPPO, Clerk of Court
10/2/08 Deputy Clerk/Date